UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RENA M. HANDKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00069-CSW-MPB |
| | ) |
| KILOLO KIJAKAZI Acting Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Comes now Plaintiff, by counsel, having filed the Motion to Voluntarily Dismiss Appeal; AND THE COURT, having been duly advised in the premises and having examined said Motion, now finds that the same should be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** by the Court that Plaintiff's present action be voluntarily dismissed.

**SO ORDERED.**

Date: September 8, 2023

_____
Crystal Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.